No. 12,878.

LEE R. HALL ET ALS. VS. SUCCESSION OF JOHN P. RICHARDSON.

ON APPEAL from the Civil District Court for the Parish of Orleans. *Righlor, J.*

*Andrew H. Wilson* for Plaintiff and Appellees.

*H. H. Price* and *Thos. J. Semmes* for Defendant, Appellant.

Argued and submitted December 9, 1898.
Opinion handed down January 26, 1899.

The opinion of the court was delivered by

BLANCHARD, J.   The parties to this suit having agreed upon a compromise, and for that purpose to have a judgment embodying the compromise entered in the District Court, and considering the stipulation entered into between counsel, now on file:

It is ordered, adjudged and decreed, that the judgment of the District Court be annulled, avoided and reversed, and that the cause be remanded to that court for further proceedings pursuant to the agreement of compromise.